United States District Court
Southern District of Texas
**ENTERED**
November 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| DATAVOX, INC. | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:19-cv-01626 |
| v. | § | |
| | § | |
| UNITED STATEDS CITIZENSHIP | § | |
| AND IMMIGRATION SERVICES, *et al.* | § | |
| | § | |
| *Defendants.* | | |

### ORDER ON AGREED JOINT STIPULATION OF DISMISSAL

After considering the parties agreed Joint Stipulation of Dismissal without hearing, the Court GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on November ___8___, 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE